**No. 10-8002. Luis Angel Hernandez-Rios, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1032, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 650.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 272.

**No. 10-8005. Joe Rangel, Petitioner v. Patricia R. Stansberry, Warden.**

562 U.S. 1193, 131 S. Ct. 1033, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 694.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 291.

**No. 10-8007. Jesse M. Skinner, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1033, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 622.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8011. Walter S. Sanders, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1033, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 669.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 622 F.3d 779.

**No. 10-8012. Charles William Cooper, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1033, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 679.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 842.

**No. 10-8013. Sammy Ray Collins, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1033, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 684.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 117.

**No. 10-8016. Ricardo Mendez-Valdez, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1034, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 683.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 51.

**No. 10-8019. Lawrence Everett Clark, Jr., Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1034, 178 L. Ed. 2d 853, 2011 U.S. LEXIS 680.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 394 Fed. Appx. 842.